

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2020

No. 04-19-00226-CR

Jose Trinidad **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0458
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on January 21, 2020. *See* TEX. R. APP. P. 38.6(a). On the twice-extended due date, Appellant filed a third motion, which sought a seven-day extension of time to file the brief. The next day, Appellant filed his brief.

Appellant's motion is GRANTED. Appellant's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court